IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ABBOTT LABORATORIES and ABBOTT RESPIRATORY LLC, | ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 12-324 (SLR) |
| v. | ) ) ) | |
| WATSON LABORATORIES, INC. - FLORIDA | ) ) ) | |
| Defendant. | ) | |

## JOINT STIPULATION TO SUBSTITUTE PARTIES

WHEREAS, Abbott Laboratories has transferred certain rights with respect to the patents-in-suit and New Drug Application No. 20-0381 to AbbVie Inc.;

IT IS HEREBY STIPULATED by Plaintiffs Abbott Laboratories and Abbott Respiratory LLC and Defendant Watson Laboratories, Inc.–Florida, subject to the approval of the Court, that:

1. AbbVie Inc. shall be substituted for plaintiff Abbott Laboratories; and

2. the official caption of the instant case shall reflect this change, such that the plaintiffs in this case are now AbbVie Inc. and Abbott Respiratory LLC and that the case caption be amended as follows:

| | | |
|---|---|---|
| ABBVIE INC. and ABBOTT RESPIRATORY LLC, | ) ) ) | |
| Plaintiffs, v. | ) ) ) | C.A. No. 12-324 (SLR) |
| WATSON LABORATORIES, INC. - FLORIDA | ) ) ) ) | |
| Defendant. | ) | |

- 2 -

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | RICHARDS, LAYTON & FINGER, PA |
|---|---|
| */s/ Derek J. Fahnestock* | */s/ Steven J. Fineman* |
| Mary B. Graham (#2256)<br>Derek J. Fahnestock (#4705)<br>Jeremy A. Tigan (#5239)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>mgraham@mnat.com<br>dfahnestock@mnat.com<br>jtigan@mnat.com<br>  *Attorneys for AbbVie Inc., Abbott*<br>  *Laboratories and Abbott Respiratory LLC* | Steven J. Fineman (#4205)<br>Jaclyn Levy (#5631)<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>(302) 658-6541<br>fineman@rlf.com<br>levy@rlf.com<br>  *Attorneys for Watson Laboratories, Inc. -*<br>  *Florida* |

September 28, 2012
6350534

SO ORDERED this ___ day of _____, 2012.

_____
UNITED STATES DISTRICT JUDGE

## Miller, Corinne

| | |
|---|---|
| **From:** | ded_nefreply@ded.uscourts.gov |
| **Sent:** | Monday, October 01, 2012 3:59 PM |
| **To:** | ded_ecf@ded.uscourts.gov |
| **Subject:** | Activity in Case 1:12-cv-00324-SLR AbbVie Inc. et al v. Watson Laboratories Inc. - Florida SO ORDERED |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

District of Delaware

## Notice of Electronic Filing

The following transaction was entered on 10/1/2012 at 3:58 PM EDT and filed on 10/1/2012
**Case Name:** AbbVie Inc. et al v. Watson Laboratories Inc. - Florida
**Case Number:** 1:12-cv-00324-SLR
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**SO ORDERED, re [28] Stipulation to Substitute Parties. Signed by Judge Sue L. Robinson on 10/1/2012. (fms)**


**1:12-cv-00324-SLR Notice has been electronically mailed to:**

Mary B. Graham  mbgefiling@mnat.com, dmyers@mnat.com

Steven J. Fineman  fineman@rlf.com, PStewart@rlf.com, cathers@rlf.com

Christopher J. Sorenson  csorenson@merchantgould.com, cnystrom@merchantgould.com

Jeremy A. Tigan  jtigan@mnat.com

Jaclyn Levy  levy@rlf.com, cathers@rlf.com, mccool@rlf.com

**1:12-cv-00324-SLR Filer will deliver document by other means to:**